989 A.2d 1263

GF PRINCETON, LLC, PLAINTIFF–CROSS–APPELLANT, v. EW-
ING TOWNSHIP PLANNING BOARD, HERRING LAND GROUP,
LLC AND AMERICAN PROPERTIES AT SCOTCH ROAD, LLC,
DEFENDANTS–CROSS–RESPONDENTS.

March 24, 2010.

The matter having been duly considered and the Court having
determined that certification was improvidently granted; It is
ORDERED that the within appeal be and hereby is dismissed.